WO

FILED ___ LODGED
___ RECEIVED ___ COPY

JUL 1 0 2009

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Jacob Anthony Scott,<br><br>　　　　Defendant. | CR 06-50076-PHX-JAT<br><br>**ORDER** |

A detention hearing on the Petition on Supervised Release was held on July 10, 2009.

**THE COURT FINDS** that the Defendant has failed to sustain his burden of proof by clear and convincing evidence pursuant to Rule 32.1(a)(6), FED.R.CRIM.P., that he is not a danger to the community. *United States v. Loya*, 23 F.3d 1529 (9th Cir. 1994).

**IT IS ORDERED** that the Defendant shall be detained pending further order of the court.

DATED this 10th day of July, 2009.

　　　　　　　　　　Lawrence O. Anderson
　　　　　　　　　　United States Magistrate Judge